O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. SA 13-0039M )  ) |
| Plaintiff, | ) **ORDER OF DETENTION** ) |
| vs. | ) ) |
| MARCO ANTONIO CATALAN PERALTA, | ) ) ) |
| Defendant. | ) ) |

I

A.   ( )   On motion of the Government in a case allegedly involving:

1.   ( )   a crime of violence.

2.   ( )   an offense with maximum sentence of life imprisonment or death.

3.   ( )   a narcotics or controlled substance offense with maximum sentence of ten or more years.

4.   ( )   any felony - where defendant convicted of two or more prior offenses described above.

5.   ( )   any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive

1

|   |   |   |   |
|---|---|---|---|
| | | device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250. | |

B. (X) On motion by the Government/ ( ) on Court's own motion, in a case allegedly involving:

    1. (x) a serious risk that the defendant will flee.
    2. ( ) a serious risk that the defendant will:
        a. ( ) obstruct or attempt to obstruct justice.
        b. ( ) threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

C. The Government ( ) is/ (x) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community.

## II

A. ( ) The Court finds that no condition or combination of conditions will reasonably assure:

    1. (X) the appearance of the defendant as required.
    ( ) and/or
    2. ( ) the safety of any person or the community.

B. ( ) The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## III

The Court has considered:

A. the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or

1 destructive device;
2    B.   the weight of evidence against the defendant;
3    C.   the history and characteristics of the defendant; and
4    D.   the nature and seriousness of the danger to any person or the community.

## IV

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

## V

The Court bases the foregoing finding(s) on the following:
   A.   (X)   As to flight risk:
   **Defendant is undocumented. He has no ties to the community and no bail resources.**
   B.   ( )   As to danger:

## VI

   A.   ( )   The Court finds that a serious risk exists the defendant will:
       1.   ( )   obstruct or attempt to obstruct justice.
       2.   ( )   attempt to/ ( ) threaten, injure or intimidate a witness or juror.
   B.   The Court bases the foregoing finding(s) on the following:

## VI

   A.   IT IS THEREFORE ORDERED that the defendant be detained prior to trial.
   B.   IT IS FURTHER ORDERED that the defendant be committed to the

1  custody of the Attorney General for confinement in a corrections facility
2  separate, to the extent practicable, from persons awaiting or serving sentences
3  or being held in custody pending appeal.

4  C.     IT IS FURTHER ORDERED that the defendant be afforded reasonable
5  opportunity for private consultation with counsel.

6  D.     IT IS FURTHER ORDERED that, on order of a Court of the United
7  States or on request of any attorney for the Government, the person in charge
8  of the corrections facility in which defendant is confined deliver the defendant
9  to a United States marshal for the purpose of an appearance in connection with
10 a court proceeding.

DATED: February 8, 2013

_____
MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE